UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| DOCTOR'S ASSOCIATES INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:09 cv 88 |
| | ) |
| SHEETZ, INC., | ) |
| SHEETZ OF DELAWARE, INC., | ) |
| and | ) |
| DOES 1-10, | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR TEMPORARY RESTRAINING ORDER

Plaintiff, by counsel, hereby moves this Court for a temporary restraining order as set forth in the accompanying memorandum of points and authorities and as supported by the attached Declarations of Mr. Robert Wilker, Mr. Chris Rogers, and the Exhibits thereto.

Respectfully submitted,

29 January 2009
Date

Rebecca J. Stempien (VSB 71,483)
Attorney for Doctor's Associates Inc.
LEVY & GRANDINETTI
1156 Fifteenth Street, N.W., Suite 603
Washington, D.C. 20005
Telephone (202) 429-4560
Facsimile (202) 429-4564
mail@levygrandinetti.com

# CERTIFICATE OF SERVICE

I certify that I tendered to the Clerk of Court a hard copy of the foregoing MOTION FOR TEMPORARY RESTRAINING ORDER prior to the CM/ECF system being set up in this matter. I further certify that a true copy of the same was served by facsimile today and hand delivery on January 30, 2009, upon:

> Ms. Roberta Jacobs-Meadway
> ECKERT SEAMANS CHERIN & MELLOTT, LLC
> Two Liberty Place, 22nd Floor
> 50 South Sixteenth Street
> Philadelphia, Pennsylvania 19102

and by hand delivery only on January 30, 2009, on:

> SHEETZ OF DELAWARE, INC.
> c/o WILMINGTON TRUST SP SERVICES (DELAWARE), INC.
> 1105 North Market Street, Suite 1300
> Wilmington, Delaware 19801

29 January 2009
Date

Rebecca J. Stempien (VSB 71,483)
Attorney for Doctor's Associates Inc.
LEVY & GRANDINETTI
1156 Fifteenth Street, N.W., Suite 603
Washington, D.C. 20005
Telephone (202) 429-4560
Facsimile (202) 429-4564
mail@levygrandinetti.com