IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division



| | |
|---|---|
| DOCTOR'S ASSOCIATES, INCORPORATED, | |
| Plaintiff, | |
| v. | Civil Action No. 09-88 |
| SHEETZ, INCORPORATED, et al, | |
| Defendant. | |

## ORDER

This matter comes before the Court on Plaintiff's Motion for a Temporary Restraining Order, and as the matter had been fully briefed and argued, the Court construes this motion as a Motion for a Preliminary Injunction.

For reasons stated from the bench, the Court finds there is no showing of confusion and no showing of any irreparable harm. It is hereby

ORDERED that the Motion for a Preliminary Injunction is DENIED.

/s/
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
February 6, 2009